

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00002-CR

Larry Donnell **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015 CRR 001320 D-1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on July 6, 2018. Appellant was granted three thirty-day extensions, making his brief due by October 4, 2018. On September 28, 2018, appellant filed a motion to supplement the reporter's record, which raised concerns regarding the completeness of the record on appeal. By order dated October 5, 2018, we abated this cause to the trial court to address the concerns raised in appellant's motion. A supplemental reporter's record was filed on December 4, 2018, and a supplemental clerk's record containing the trial court's findings of fact was filed on December 10, 2018. On December 18, 2018, the cause was reinstated on this court's docket, and appellant was ordered to file his brief by no later than January 17, 2019.

On January 17, 2019, appellant filed his fifth unopposed motion for extension of time to file his brief. The motion is GRANTED. Appellant's brief must be filed no later than February 18, 2019. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. *See* TEX. R. APP. P. 38.8(b)(4) (appellate court must "act appropriately to ensure that the appellant's rights are protected" when the appellant's brief is not timely filed).

**If appellant's attorney fails to file appellant's brief by February 18, 2019, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate.** *See* TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court